**91–2341.** Southern Floridabanc Savings Assn. v. Professional Investments of America, Inc. *Cuyahoga County*, No. 58874. Cause dismissed, on appellants' application for dismissal, effective March 31, 1992.

**92–244.** Garrett v. Prater. *Scioto County*, No. 90CA1939. Cause dismissed, on appellant's application for dismissal, effective March 31, 1992.

### *Thursday, April 2, 1992*

## MISCELLANEOUS DISMISSALS

**92–37.** State, ex rel. Eaton Corp., v. Indus. Comm. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 1, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**92–229.** State v. Harris. *Cuyahoga County*, No. 59585. *Sua sponte*, cause dismissed for want of prosecution, effective April 1, 1992.

**92–444.** State, ex rel. Huffer, v. Palmer. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 1, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.